1  JASON FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   MEGAN RACHOW
3  Nevada Bar No. 8231
   PENELOPE J. BRADY
4  Assistant United States Attorneys
   400 South Virginia, Suite 900
5  Reno, Nevada 89501
   Phone: (775) 784-5438
6  Megan.Rachow@usdoj.gov
   Penelope.Brady@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   3:23-cr-00022-ART-CLB |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | VIOLATIONS: |
| CORY SPURLOCK, | 18 U.S.C. § 1958(a) – Murder-for-Hire Conspiracy (Count One); and |
| Defendant. | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute Marijuana (Count Two). |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Murder-for-Hire Conspiracy
(18 U.S.C. §§ 1958(a))

Beginning from a time unknown but no earlier than on or about October 2020 and continuing up to and including on or about March 2021, in the State and Federal District of Nevada and elsewhere, the defendant,

CORY SPURLOCK,

and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree with one another to use and cause another to use a facility of interstate commerce, with intent that a murder be committed in violation of the laws of a State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit, SPURLOCK promised a co-conspirator not named as a defendant herein (CC-1) payment for assistance in killing W.L. and SPURLOCK, CC-1 and another co-conspirator not named as a defendant herein (CC-2) conspired and agreed with SPURLOCK to kill W.L. which arrangements depended in part upon communications by cellular telephones operating on interstate networks and which resulted in the death of W.L. by being shot and stabbed in Bridgeport, California on or about November 7, 2020, all in violation of Title 18, United States Code, Section 1958(a).

### COUNT TWO
Conspiracy to Distribute Marijuana
(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C))

Beginning from a time unknown but no earlier than on or about January 2020 and continuing up to and including on or about June 2020, in the State and Federal District of Nevada and elsewhere, the defendant,

CORY SPURLOCK,

and others known and unknown, knowingly combined, conspired, confederated, and

/ / /
/ / /
/ / /
/ / /

agreed with each other to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

DATED: this 11TH day of May, 2023.

                                            **A TRUE BILL:**

                                            /S/
                              FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

MEGAN RACHOW
PENELOPE J. BRADY
Assistant United States Attorneys