# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY SPURLOCK,<br><br>Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**ORDER** |

The Court has been advised that Defendant is charged with a death-eligible offense, and he has requested the appointment of counsel learned in the law applicable to capital cases. Pursuant to 18 U.S.C. § 3005 and 3599, and upon recommendation from the Federal Public Defender for the District of Nevada.

**IT IS HEREBY ORDERED** that Defendant's Motion to Appoint Learned Counsel is GRANTED.

**IT IS FURTHER ORDERED** that Richard G. Novak, P O Box 5549, Berkeley, California 94705, is appointed as learned counsel.

Dated this ___18th___ of August, 2023.

_____
Chief United States District Judge

3