PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA              Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

Name of Asst. U.S. Attorney (if assigned)

CASE NO. 3:23-cr-00022-MMD-CLB

USA vs.
Defendant: CORY SPURLOCK

Address:

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 12 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                      DEPUTY

☐ Interpreter Required   Dialect: _____

Birth Date _____

☑ Male   ☐ Alien
☐ Female  (if applicable)

Social Security Number _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense _____ County

## DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☑ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 8

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(vii) | Conspiracy to Possess w/ Intent and Distribute Marijuana | 1 |
| 4 | 21 U.S.C. § 848(e)(1)(A) | Murder While Engaged in Narcotics Trafficking | 2 |
| 4 | 18 U.S.C. § 1958(a) | Murder-for-Hire Conspiracy | 3 |
| 4 | 18 U.S.C. § 1512(a)(1)(C) | Tampering with a Witness by Killing | 4 |
| 4 | 18 U.S.C. §§ 2261A(1)(A)(i) and 2261(b)(1) | Stalking Resulting in Death | 5 |

CONTINUED ON ATTACHED PAGE

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. §§ 2261A(1)(A)(i) and 2261(b)(1) | Stalking Resulting in Death | 6 |
| 4 | 18 U.S.C. § 1951 | Interference with Commerce by Robbery | 7 |
| 4 | 18 U.S.C. §§ 924(c) and 924(j)(1) | Causing Death Use Firearm During/Relation Crime Violence | 8 |
| 4 | 18 U.S.C. § 2 | Aiding and Abetting | 2, 5, 6 |
|   |   |   |   |

Submit    Go