RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
Kate_Berry@fd.org
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
Allie_Wilson@fd.org
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax

Attorneys for CORY SPURLOCK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>CORY SPURLOCK,<br><br>           Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender KATE BERRY, counsel for CORY SPURLOCK, to extend the time in which the Defendants Motion to Preclude Direct or Derivative Use of Statements or Testimony of Orit Oged Protected by Spousal Privilege and Marital

Communications Privilege Doctrines [ECF No. 152] from September 18, 2024, to Monday, September 23, 2024. This is the first request for an extension for time to file reply.

The additional time requested for the filing the reply is requested mindful of the current trial date of April 22, 2025, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 18th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ KATE BERRY<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for CORY SPURLOCK | By: /s/ MEGAN RACHOW<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 19th day of September, 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE