RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
Kate_Berry@fd.org
ALLIE WILSON
Assistant Federal Public Defender
Allie_Wilson@fd.org
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone

RICHARD G. NOVAK
California State Bar No. 149303
richard@rgnlaw.com
P.O. Box 5549
Berkeley, CA 94705
(626) 808-7908/Phone

Attorneys for CORY SPURLOCK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORY SPURLOCK,<br><br>　　　　Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PRETRIAL MOTION AND EXPERT DISCLOSURE DEADLINES**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, and Christopher P. Frey, Kate Berry, Allie Wilson, Assistant

Federal Public Defenders, counsel for CORY SPURLOCK, and Acting United States Attorney Sue Fahami, and Megan Rachow, Penelope Brady, and Andrew Keenan, Assistant United States Attorneys, counsel for the United States of America, that the parties have agreed on the following modifications of the pretrial motion and expert disclosure deadlines that were the subject of a previous stipulation (ECF No. 184) and court approval (ECF No. 185)[1]:

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the current pretrial motion deadline of March 5, 2025, be extended to March 12, 2025.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 26, 2025, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 2, 2025, to file any replies.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the current deadline for defense expert witness disclosures be extended from March 10, 2025, to March 17, 2025.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the deadline for counsel for the government to file any rebuttal expert witness disclosures be extended from 25 days before trial, or March 28, 2025, to 18 days before trial, or April 4, 2025.

The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions, and to prepare for trial and any potential penalty phase proceedings in this death-eligible case, taking into account the exercise of due diligence and the current trial date of April 22, 2025.

---

[1] This stipulation seeks to extend the current pretrial motion deadline of March 5, 2025, and the current defense expert witness disclosures deadline of March 10, 2025, by one week. ECF No. 185.

This is the first stipulation to extend time filed herein.

DATED this 28th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By: /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for CORY SPURLOCK | By: /s/ Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for United States |
| By: /s/ Kate Berry<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Attorney for Cory Spurlock | By: /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney |
| By: /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Attorney for Cory Spurlock | By: /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney |

**IT IS SO ORDERED**

DATED this 3rd of March, 2025.

_____
UNITED STATES DISTRICT JUDGE