# Exhibits: Motion to Suppress Tower Dump


A - 20-SW-56_Search Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
B - 20-SW-65_Search Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
C - 20-SW-71_Search Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
D - 20-SW-72_Search Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
E - 20-SW-76_Search Warrant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
F - Cell Sector Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68