# Exhibit A

# 20-SW-56
# Search Warrant & Affidavit

EXHIBIT

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO

# SUPERIOR COURT OF CALIFORNIA
## County of Mono

FILED
NOV 13 2020
SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY: ____________

THE GREAT SEAL OF THE STATE OF CALIFORNIA
EUREKA

## SEARCH WARRANT
**Electronic Communications and/or Data**
**In Possession of Provider**
Penal Code §§ 1524.3; 1546 et seq.

**The People of the State of California**
**To Any Peace Officer in the Above County**

Warrant No. 20-SW-56

**Order:** An affidavit by Sergeant Magdaleno Hernandez, which was sworn to and subscribed before me on this date, has established probable cause for the issuance of this search warrant which you are ordered to execute in the manner below.

**Name and agency of Affiant** Sergeant Magdaleno Hernandez and Mono County Sheriff's Office

**Name of service Provider** (Hereinafter "Provider"):

LOCATION #1 **AT&T Wireless**

LOCATION #2 **CellCo Partnership d/b/a Verizon Wireless**

**Mailing address of service Provider:**

**LOCATION #1:**
AT&T Wireless Subpoena Compliance
Custodian of Records
11760 US Highway 1
Suite 600
North Palm Beach, FL 33408
Phone: (800) 635-6840
Facsimile: (888) 938-4715

**LOCATION #2:**
CellCo Partnership d/b/a Verizon Wireless
Verizon Legal Compliance
180 Washington Valley Road
Bedminster, NJ 07921
Phone: (800) 451-5242
Facsimile: (888) 667-0026

**Type of communications and/or data to be seized:**

1.) The following business records for cells sites servicing the area of:

USAO 015646

20-SW-56

**A. US Highway 395 (Mile marker 84.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.32546043 N Longitude -119.31575969 W**

From;

**1700 hours (PM) on November 8, 2020 to**
**2300 hours (PM) on November 8, 2020 (Pacific Standard Time).**

**B. US Highway 395 (Mile marker 74.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.22830677 N Longitude -119.22654250 W**

From;

**1700 hours (PM) on November 8, 2020 to**
**2300 hours (PM) on November 8, 2020 (Pacific Standard Time).**

a. Tower Dump/Download records from all cell-sites and their related sectors that cover the immediate area of US Highway 395 around mile marker 84.5 and US Highway 395 around mile marker 74.5 (see GPS Coordinates listed above) that would support any and all communications including; voice calls, text messages, any data connections, and any available HLR (Home Local Registry) or VLR (Visitor Local Registry) records showing subscriber equipment that were idle but still connected to the provider's network (on but not placing a call, text, or data connection but were in the same area as referenced above connecting to the network).

b. Records identifying the device (make and model), phone numbers associated with any communications, locations, date, times, duration of all calls, text messages, and data connections identified in response to item "a," above.

c. Records showing the addresses and/or map GPS coordinates of all cell sites identified as having active connections in item "a." above and maps with markings showing the location of each cell site and the theoretical wireless coverage area provided by each site, commonly called an RF footprint and/or propagation map.

d. Any records of equipment failures, maintenance, cell site overloads, or other outages that tend to show whether any of the listed cell sites were not operating normally during the specified time period.

2.) **FORMAT OF RECORDS**: The records sought must be provided in machine-readable form (i.e., computer files), such as formatted text files or spreadsheets. Those files (and any special instructions necessary to read them, for example a Carrier Key that explains the codes associated with any reports being sent) may be provided either by emailing them to the affiant (preferred) at mhernandez@monosheriff.org or causing them to be delivered on appropriate electronic storage media to the affiant at the Mono County Sheriff's Office, PO Box 616 Bridgeport, CA 93517.

3.) **COMPLIANCE DATE**: Provider shall furnish the listed records to the affiant on or before November 19, 2020.

USAO 015647

20-SW-56

You may discuss any matters related to this request with Mono County Sheriff's Sergeant Magdaleno Hernandez at Phone number, 760-965-6255 or email, mhernandez@monosheriff.org .

**Target of warrant:** Any subjects related to active homicide investigation.

**Communications and/or data classification**: The communications and/or data described below are evidence of a crime as follows: *[Check one or more below]*

☐ They were used as the means of committing a felony.
X They tend to show that a felony has been committed, or tend to show that a particular person committed a felony.
☐ They were stolen or embezzled.

☐ They are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing them from being discovered.
☐ They tend to show that sexual exploitation of a child, in violation of Penal Code § 311.3, or possession of matter depicting sexual conduct of a person under 18 years of age, in violation of Penal Code § 311.11, has occurred or is occurring.
☐ They tend to show that a violation of paragraph (1), (2), or (3) of Penal Code § 647 has occurred or is occurring.
☐ They are in the possession of an electronic communication service or remote computing service, as specified in Penal Code § 1524.3, showing that property was stolen or embezzled (regardless of whether the theft constituted a felony or misdemeanor), or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery.

**Communications to be searched for and seized**: You are hereby ordered to search the Provider's electronic communication storage equipment for the following stored electronic communications. As used herein, the term "communications" includes written, photographic, video, and audio communications, voicemail, text message content, multimedia message content and email.

**Communications data to be searched for and seized:** You are hereby ordered to search the Provider's electronic communication storage equipment, and any physical documents on the premises, for the following stored electronic communications data:

**Delayed notification order**: The affidavit herein has established sufficient reason to believe that immediate compliance with the notice requirements set forth in Penal Code § 1546,2(a) will: *[Check one or more]*

☐ Endanger the life or physical safety of an individual.
X Result in flight from prosecution.
X Result in tampering or destruction of evidence.
☐ Result in intimidation of a potential witness.
X Seriously jeopardize an investigation.

Accordingly, pursuant to Penal Code § 1546.2(b)(1), it is hereby ordered that neither the law enforcement officer(s) who execute this warrant nor Provider shall give such notification until one of the following circumstances exist: (1) there is sufficient reason to believe that the threat cited above will not occur, or (2) the passage of 90 days from the date the warrant was executed..

USAO 015648

20-SW-56

**Special instructions to Affiant**

**Seal unrelated information:** Pursuant to Penal Code § 1546.1(d)(2), all information that is unrelated to the objective of the warrant shall be sealed and is not subject to further review, use, or disclosure without a court order.

**Disposition of evidence**: Pursuant to Penal Code §§ 1528(a), 1536 all communications and/or data seized pursuant to this search warrant shall be retained in Affiant's custody pending further court order.

**Special instructions to Provider**

**Nondisclosure Order**: Pending further order of this court, the officers, employees, and agents of Provider are hereby ordered not to disclose information to any person that would reveal, or tend to reveal, the contents of this warrant or the fact that it was issued.

**Response time**: Pursuant to Penal Code § 1524.2(b)(1), Provider has five business days within which to respond to this warrant.

11/13/2020 @ 10:47 a.m.
Date and time warrant issued

[signature]
Judge of the Superior Court

USAO 015649

SUPERIOR COURT
COUNTY OF MONO
OF CALIFORNIA

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest NOV 0 6 2021

The Superior Court of the State of California, in and for the County of Mono.

By __________________, Deputy

USAO 015650

20-SW-56

SUPERIOR COURT OF CALIFORNIA COUNTY OF MONO

FILED

NOV 13 2020

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY: ______

# SUPERIOR COURT OF CALIFORNIA

## County of Mono

THE GREAT SEAL OF THE STATE OF CALIFORNIA
EUREKA

## SEARCH WARRANT AFFIDAVIT

CalECPA General Affidavit

Penal Code §§ 1546 et seq.

**Affiant's name and agency**: Sergeant Magdaleno Hernandez-Mono County Sheriff's Office.

**Place or thing to be searched**:

**LOCATION #1:**
AT&T Wireless Subpoena Compliance
Custodian of Records
11760 US Highway 1
Suite 600
North Palm Beach, FL 33408
Phone: (800) 635-6840
Facsimile: (888) 938-4715

**LOCATION #2:**
CellCo Partnership d/b/a Verizon Wireless
Verizon Legal Compliance
180 Washington Valley Road
Bedminster, NJ 07921
Phone: (800) 451-5242
Facsimile: (888) 667-0026

**Evidence to be seized**:

1.) The following business records for cells sites servicing the area of:

**A. US Highway 395 (Mile marker 84.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.32546043 N Longitude -119.31575969 W**

From;

**1700 hours (PM) on November 8, 2020 to**
**2300 hours (PM) on November 8, 2020 (Pacific Standard Time).**

**B. US Highway 395 (Mile marker 74.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.22830677 N Longitude -119.22654250 W**

USAO 015651

20-SW-56

From;

**1700 hours (PM) on November 8, 2020 to**
**2300 hours (PM) on November 8, 2020 (Pacific Standard Time).**

a. Tower Dump/Download records from all cell-sites and their related sectors that cover the immediate area of US Highway 395 around mile marker 84.5 and US Highway 395 around mile marker 74.5 (see GPS Coordinates listed above) that would support any and all communications including; voice calls, text messages, any data connections, and any available HLR (Home Local Registry) or VLR (Visitor Local Registry) records showing subscriber equipment that were idle but still connected to the provider's network (on but not placing a call, text, or data connection but were in the same area as referenced above connecting to the network).

b. Records identifying the device (make and model), phone numbers associated with any communications, locations, date, times, duration of all calls, text messages, and data connections identified in response to item "a," above.

c. Records showing the addresses and/or map GPS coordinates of all cell sites identified as having active connections in item "a." above and maps with markings showing the location of each cell site and the theoretical wireless coverage area provided by each site, commonly called an RF footprint and/or propagation map.

d. Any records of equipment failures, maintenance, cell site overloads, or other outages that tend to show whether any of the listed cell sites were not operating normally during the specified time period.

2.) **FORMAT OF RECORDS**: The records sought must be provided in machine-readable form (i.e., computer files), such as formatted text files or spreadsheets. Those files (and any special instructions necessary to read them, for example a Carrier Key that explains the codes associated with any reports being sent) may be provided either by emailing them to the affiant (preferred) at mhernandez@monosheriff.org or causing them to be delivered on appropriate electronic storage media to the affiant at the Mono County Sheriff's Office, PO Box 616 Bridgeport, CA 93517.

3.) **COMPLIANCE DATE**: Provider shall furnish the listed records to the affiant on or before November 19, 2020.

**Evidence type**: The described evidence appears to fall within the following classification(s) (Pen. Code § 1524): *[Delete inapplicable categories]*

X Property or things that are evidence that tends to show that a felony has been committed, or tends to show that a particular person committed a felony.
☐ Property or things used as a means of committing a felony.
☐ Property or things in the possession of a person with intent to use as a means of committing a crime, or in the possession of another to whom he may have delivered it for the purpose of concealment or preventing discovery.
☐ Property or things constituting evidence of sexual exploitation of a Child (Pen. Code §311.3), or possession of matter depicting sexual conduct of a person under the age of 18 years (Pen. Code § 311.11).

USAO 015652

20-SW-56

- ☐ Post Hoc-Emergency Warrant: Electronic communications or data was obtained pursuant to an emergency involving danger or death or serious physical injury to a person, that required access to the electronic information without delay pursuant to Section 1546.1 (h) of the California Penal Code. *[In addition to establishing probable cause, describe the device that was searched or identify the ISP that provided it; describe the electronic communications or records that were seized; and describe the basis of the emergency declaration.]*

**Special requests** *[Delete inapplicable requests]*

**Affiant's Experience:**

I, Investigator Magdaleno Hernandez, am a sworn peace officer within the meaning of California Penal Code 830. I have been employed as a California peace officer since 2007. I have been employed as a Deputy Sheriff, assigned to patrol, with the Mono County Sheriff's Department since October of 2007. I've been assigned as a School Resource Officer and I'm currently assigned as an investigator. I have, throughout the course of my career, as a part of my regular duties, investigated numerous crimes including burglary, robbery, theft, receiving and/or selling stolen property, crimes of violence, narcotics and illegal drug related crimes, and crimes against children. I have also attended and completed a CA POST police academy.

I have attended 3 CNOA (California Narcotics Officer Association) conferences. At the conferences I attended several training classes relating to narcotic sales, distribution, and cultivation. I have worked directly with the Mono County Narcotics Enforcement Team on several occasions and assisted with serving search warrants relating to narcotics.

I have participated in at least 50 search warrants where illegal drugs and/or drug paraphernalia or other items of evidence related to criminal investigations were located and seized. Your affiant has also been the primary investigator and/or assisted in the investigations of at least 100 property crime investigations and crimes against persons.

Through the course of my career as a peace officer I have had the opportunity to speak with numerous deputies/officers who have had more experience than your affiant in the investigation and apprehension of those involved in crimes against persons such as burglaries, thefts, sex investigations, kidnappings and drug related crimes.

**Statement of Probable Cause:**

On Monday, November 9, 2020 at about 0625 hours, Mono County Deputies were dispatched to US Highway 395 north of Buckeye (Bridgeport area) regarding two possible diseased subjects with shell casings around the roadway and near the bodies.

Responding Deputies located the subjects, later identified as Yesenia and William Larson of Burbank California. Deputies determined that the deaths were possible homicides based on the amount of fired cartridge casings, injuries to subjects and overall scene. The scene was secured by closing US 395 near the crime scene in both north and south directions of travel. San Bernardino Crime Scene Investigation's unit was requested and responded to the location to process the scene. After processing the scene investigators located what was later determined to be the victim's cell phone at the scene (GPS location described above).

At the conclusion of processing the scene it was determined that the victims sustained several apparent gunshot wounds likely 9 mm and 22 caliber based on the fired cartridge casings. In addition to the gunshot wounds, the victims sustained several apparent stab wounds from an edged weapon. Both subject's necks had

USAO 015653

20-SW-36

large severe cuts in the front and later determined to have lacerated tracheas, and spinal cords. The decedent's bodies were later transported to the orange County Coroner's Laboratory for autopsy.

On Tuesday, 11-10-2020, at approximately 0230 hours, Investigator Gillespie was contacted by the California Highway Patrol in regards to a possible abandoned vehicle located S/B US395 near the Van Dyke Hill (**US Highway 395 (Mile marker 74.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.22830677 N Longitude -119.22654250 W**) area south of Bridgeport. CHP Officer's advised the vehicle was unlocked, had a cell phone, keys and a wallet laying on the center console and there appeared to be blood within the vehicle. The vehicle was ran through the system, came back registered to William Larson who was determined to be the male victim. The vehicle was sealed off and a request for San Bernardino Crime Lab was made to process the vehicle.

Through investigative means Investigators were able to determine the victim's vehicle drove through Bridgeport, CA Mono County on Sunday, November 8, 2020, at approximately 2007 hours.

## Conclusion

Based upon the information described above, I believe that the person(s) involved in the murder had most likely communicated with one another via cell phone, either before and/or after the murder in order to communicate and coordinate efforts. I believe that should this search warrant be granted the cell phones identified in the target areas identified as **US Highway 395 (Mile marker 84.5) in Rural Bridgeport, California, Mono County, GPS Coordinates = Latitude 38.32546043 Longitude N -119.31575969 W from 1700 hours (PM) on November 8, 2020 to 2300 hours (PM) on November 8, 2020 (Pacific Standard Time)** and **US Highway 395 (Mile marker 74.5) in Rural Bridgeport, California, Mono County GPS Coordinates = Latitude 38.22830677 N Longitude -119.22654250 W from;1700 hours (PM) on November 8, 2020 to 2300 hours (PM) on November 8, 2020 (Pacific Standard Time)** will provide further evidence in identifying those person(s) involved.

As mentioned above the victim's vehicle was seen driving though the town of Bridgeport, CA at approximately 2007 hours, on Sunday, November 8, 2020. At the crime scene (described above) a similar tire pattern to the victim's vehicle was located (mile marker 84.5 on Highway 395 in Bridgeport, CA). US Highway 395 major corridor from Los Angeles, California to Reno, Nevada. It is reasonable to believe if a phone call/text message were sent or received it would be somewhere close to the above GPS coordinates.

Once the likely suspect(s) cell phone(s) have been identified additional follow up Search Warrants will be written to identify the account holders of those cell phones. Followed by additional Search warrants requesting the cell phone content and/or detail sent and received from those specific cell phones.

## CELL TOWER DATA

Based on my training and experience, I know that cellular telephones work by connecting to local cell towers. Phones have a relatively short range and will switch between different towers as they move around. I know that phones will "ping" nearby towers even if they are not making a call, text, or data connection. They do this so that when the phone receives an incoming call, text, or data the cellular system knows which tower to send the call to. I know that cell phone companies maintain records of what phones connect to what towers for periods between 6 months and up to 2 plus years depending on the carrier. It is possible to track a cell phone by reviewing cell tower records. The various service providers maintain their own, overlapping cell tower systems.

USAO 015654

20-SW-56

The murder is believed to have taken place early Sunday evening, around the time the victim's vehicle is seen traveling through Bridgeport, California (2007 hours). I know that cellular phone usage is typically lower during late night hours. I also know Mile marker 84.5 on US Highway 395 in Bridgeport is rural with little to no houses in the area. I believe I will locate a unique cellular number or set of cellular numbers that were in the area during November 9, 2020 between the hours of 1700 and 2300. I believe cellular tower phone records (from near the murder location) may be able to identify potential suspects to the murder. I know cellular phone companies provide very specific information which I can process and identify cellular phone usage by any phone number or group of phones and that information may place a suspect or several suspects within close proximity to the location of the murder.

Additionally, because of the prevalence of cellular telephones in today's society, there is a strong likelihood that the suspects responsible for the murder was/were in possession of at least one cellular telephone at the time of the murder. These records may reveal their presence in the area and ultimately lead to a successful identification of a possible suspect or suspects in this investigation.

I do not know which cell phone service provider might have been used by the unknown suspects. However, a search of the respective cellular telephone companies that are described in Exhibit A have been identified as providing cellular telephone service within the geographical location where this event occurred. This has been accomplished by your affiant either contacting the respective businesses and/or by having personal knowledge of their cellular telephone coverage from computer records. Furthermore, these respective cellular telephone companies have informed me that they maintain the cellular telephone records described above and they can furnish the records with proper legal process being sent to the locations described above.

**FORMAT OF RECORDS**

When I contacted each of the listed companies, I was told that the companies could provide the records in machine-readable form (i.e., computer files), such as formatted text files or spreadsheets. Those files (and any special instructions necessary to read them) can be provided either by emailing them to the affiant at mhernandez@monosheriff.org or causing them to be delivered on appropriate electronic storage media to the affiant at the Mono County Sheriff's Office 49 Bryant Street, Bridgeport, CA 93517.

Based on the above listed information, I would request that the respective cellular telephone companies (listed above) provide any and all cellular telephone records for the locations, dates, and times of cell tower connections from Sunday, November 8, 2020 at 1700 hours until Sunday, November 8, 2020 at 2300 hours (Pacific Standard Time). This includes all of the records showing active network usage (such as voice calls, text messages, and data connections) and any available records showing subscriber equipment (such as telephone handsets or personal digital assistants) that were idle but still connected to the provider's network during the specified time period. I would also request any records of equipment failures, maintenance, cell site overloads, or other outages that tend to show whether any of the listed cell sites were not operating normally during the specified timeframe. Additionally, the addresses and/or map coordinates of all cell sites listed in above, and maps with markings showing the location of each cell site and the theoretical wireless coverage provided by the cell site(s) which is otherwise known as the RF footprint and is displayed on a propagation map.

**Special instructions to Affiant**

**Seal unrelated information**: Pursuant to Penal Code § 1546.1(d)(2), all information that is unrelated to the objective of the warrant shall be sealed and is not subject to further review, use, or disclosure without a court order.

USAO 015655

20-SW-56

**Disposition of evidence**: Pursuant to Penal Code §§ 1528(a), 1536 all communications and/or data seized pursuant to this search warrant shall be retained in Affiant's custody pending further court order.

**Special instructions to Provider**

**Nondisclosure Order**: Pending further order of this court, the officers, employees, and agents of Provider are hereby ordered not to disclose information to any person that would reveal, or tend to reveal, the contents of this warrant or the fact that it was issued. The telephone records described in this search warrant are being sought pursuant to a criminal investigation being conducted by the Sheriff's Office. There is probable cause to believe that disclosure of this search warrant would impede the criminal investigation now being conducted. It is hereby requested that all of the telephone companies listed, its affiliates and/or any other telephone carriers defer notification to the subscriber of the request for these telephone records for a period of ninety (90) days.

**Response time**: Pursuant to Penal Code § 1524.2(b)(1), Provider has five business days within which to respond to this warrant.

**Declaration**: I declare under penalty of perjury that the information contained herein and the information that is incorporated by reference is true when based on my personal knowledge. I further declare that information contained herein that was not based on my personal knowledge was received by me in the course of the matter under investigation and that I have no reason to believe that any of this information was untrue.

11/20/2020
Date

Affiant

USAO 015656

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest NOV 0 6 2021

The Superior Court of the State of California, in and for the County of Mono.

By ____________________, Deputy

USAO 015657