# Exhibit F

# Cell Sector Example

EXHIBIT

Draft – Not a Finished Product

5

# Cell Sector Examples

Three Sector Tower



Three Sectors




Examples Only - Each Cell Site Orientation Can Vary

USAO 044552