# Exhibit A

# CV: Dr. Mikel Matto

EXHIBIT

# MIKEL MATTO, MD

3439 NE Sandy Blvd #180, Portland, OR 97232

503-946-5431   |   mikel.matto@forensicconsult.com

## SUMMARY

- Medical Director of the OHSU Intercultural Psychiatry Program, managing clinical care for resettled refugee communities
- Medical Director of the Torture Treatment Center of Oregon, devoted to providing trauma-focused interventions for survivors of torture
- OHSU Assistant Professor and UCSF School of Medicine and Department of Psychiatry faculty member and residency and fellowship training program leader, responsible for trauma, human rights, and asylum training
- Forensic psychiatrist with experience in civil, county, state, federal, and military legal systems, specialized expertise in the field of trauma
- Board certified in Forensic Psychiatry, General Psychiatry, and Addiction Medicine

## EDUCATION

| | | | |
|---|---|---|---|
| 1991-1994 | University of California, Santa Cruz | B.A. | Literature |
| 1992-1993 | St. Patrick's College, Maynooth Ireland | | Literature |
| 2007-2011 | University of California, Davis | M.D. | |
| 2011-2012 | University of California, San Francisco | Intern | Psychiatry |
| 2012-2015 | University of California, San Francisco (Area of Distinction in Cultural Psychiatry) | Resident | Psychiatry |
| 2015-2016 | University of California, San Francisco | Fellow | Forensic Psychiatry |

## LICENSES, CERTIFICATIONS

| | |
|---|---|
| 2011 | National Provider Identification (1003107699) |
| 2012 | California State Medical License (A122499) |
| 2012 | DEA Registration Number (FM3442100) |
| 2012 | DEA Suboxone License Number (XM3442100) |
| 2015 | Board Certification in Psychiatry (70184) |
| 2017 | Board Certification in Forensic Psychiatry (2336) |
| 2019 | New York State Medical License (302462) |
| 2020 | Board Certification in Addiction Medicine (61-4065) |
| 2021 | Washington State Medical License (MD61207081) |
| 2021 | Oregon State Medical License (MD207172) |
| 2022 | Oregon Health Authority, Oregon Certified Forensic Evaluator |

Mikel Matto, MD

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 2023-Present | Oregon Health & Science University Intercultural Psychiatry Program | Medical Director |
| 2023-Present | Oregon Health & Science University Torture Treatment Center of Oregon | Medical Director |
| 2022-Present | Oregon Health & Science University Department of Psychiatry | Assistant Professor |
| 2022-Present | OHSU Intercultural Psychiatry Clinic | Staff Psychiatrist |
| 2022-Present | University of California, San Francisco Department of Psychiatry | Associate Clinical Professor |
| 2016-2022 | University of California, San Francisco Department of Psychiatry | Assistant Clinical Professor |
| 2019-2022 | University of California, San Francisco Forensic Psychiatry Fellowship | VA Site Director |
| 2016-2022 | San Francisco VA Medical Center Same Day Mental Health Clinic | Medical Director |

## OTHER POSITIONS HELD CONCURRENTLY

| | | |
|---|---|---|
| 2012-2019 | San Francisco General Hospital | Emergency Psychiatrist |
| 2013-2014 | Kaweah Delta Mental Health Hospital | Inpatient Psychiatrist |
| 2014-2015 | Contra Costa Regional Medical Center | ER/Inpatient Psychiatrist |
| 2016 | Santa Clara County Jail | Inpatient Psychiatrist |
| 2016-2019 | University of California, San Francisco Psychiatry Residency Training Program | Associate Program Director |
| 2017-2019 | University of California, San Francisco Psychiatry Residency Training Program | VA Site Director |
| 2017-2019 | San Francisco VA Medical Center Psychiatric Evaluation Service (PES) | Medical Director |

## HONORS AND AWARDS

| | |
|---|---|
| 2022 | UCSF Didactic Teaching Award (PGY-2) |
| 2021 | 2020 Federal Employee of the Year (Federal Executive Board, SF Bay Area) |
| 2019 | The Haile T. Debas Academy of Medical Educators, Excellence in Teaching Award |
| 2018 | San Francisco VA Mental Health Service Psychiatrist Appreciation Award (Q3 FY18) |
| 2017 | UCSF Department of Psychiatry – Top 10 Faculty Educator Award |
| 2015 | Residency Graduation Area of Distinction:  Cultural Psychiatry |

2015    Edwin F. Alston Award
        (UCSF residency award for Outstanding Psychiatric Physician Leader)
2015    First Place, UCSF Psychiatry Quality Improvement Symposium
2012    American Psychiatric Association Fellowship for Child and Adolescent
        Psychiatry
2011    Alpha Omega Alpha
2011    Golden Goblet Award
        (Medical school graduation award for Peer-Selected Best Overall Student
        Physician)
2011    Doctoring Award
        (Exceptional leadership in Education, Curriculum, Assessment,
        Professionalism, and Humanism in Development of Tomorrow's Doctors)
2011    Award for Excellence in Psychiatry and Behavioral Sciences
2011    Gold Humanism Honor Society
2011    Helen McConnell Palthe Scholarship
        (Outstanding student in psychiatry)
2008    Dr. Alexandra Greene Future EM Leaders Award
2007    Letter of Commendation, Department of Anatomy


## PROFESSIONAL ACTIVITIES

### Clinical Activities:

| | | |
|---|---|---|
| 2023-Present | OHSU | Forensic Evaluator, Human Rights Clinic |
| 2022-Present | OHSU | Staff Psychiatrist, Intercultural Psychiatric Clinic |
| 2020-Present | UCSF | Forensic Evaluator, Human Rights Initiative |
| 2020-2022 | San Francisco VA | Student Veteran Health Program Psychiatrist |
| 2020-2022 | San Francisco VA | Disaster Mental Health Response Team |
| 2017-2022 | San Francisco VA | Access Center Psychiatrist |
| 2016-2022 | San Francisco VA | Emergency Room Psychiatrist |
| 2016-2022 | San Francisco VA | Same Day Clinic Psychiatrist |
| 2020-2021 | San Francisco VA | Co-Chair, Disruptive Behavior Committee |
| 2015-2016 | Marin County Jail | Psychiatrist |
| 2015-2016 | San Francisco VA | Disability Evaluator |
| 2014-2016 | San Quentin State Prison | Psychiatrist |
| 2014-2015 | San Francisco VA | PTSD Clinical Team |
| 2014-2015 | San Francisco VA | Psychotherapy (PCT, PE) |

Mikel Matto, MD

| | | |
|---|---|---|
| 2014-2015 | San Francisco VA | Veterans Justice Clinic |
| 2013-2015 | UCSF | Adult Psychiatric Clinic |
| 2013-2014 | UCSF | Child Psychiatry Clinic |
| 2013-2014 | UCSF | Depression Specialty Clinic |
| 2013-2014 | UCSF | Early Psychosis Clinic |
| 2012-2013 | San Francisco VA | Substance Use Disorder Medication Clinic |
| 2012-2013 | San Francisco VA | Substance Use Disorder Group Therapy Clinic |
| 2012-2013 | San Francisco VA | Psychotherapy (Family, CBT, TLDP) |
| 2012-2013 | San Francisco VA | PTSD Clinical Team |
| 2012-2013 | San Francisco VA | Telepsychiatry |
| 2012-2013 | San Francisco VA | Medication Management Clinic |
| 2012-2013 | San Francisco General Hospital | Consultation/Liaison Service |
| 2012-2013 | UCSF | Adult Inpatient Program |
| 2011-2012 | San Francisco General Hospital | Psychiatric Emergency Service |
| 2011-2012 | San Francisco General Hospital | Inpatient Psychiatry |

*Academic Activities:*

| | | |
|---|---|---|
| 2022-Present | OHSU | Member, OHSU Faculty Coach Program |
| 2022-Present | OHSU | Instructor, Interprofessional Education Course |
| 2021-Present | UCSF | Forensic Psychiatry Fellow Supervisor, Human Rights Initiative |
| 2016-2023 | UCSF | Faculty Sponsor, San Quentin State Prison rotation |
| 2018-2020 | UCSF | Director, SFVA Violence Risk Assessment and Mitigation Team |
| 2016-2019 | UCSF | Facilitator, Core Evaluation Experience rotation |
| 2017-2019 | UCSF | Co-Chair, Medical Education Committee |
| 2016-2019 | UCSF | Member, Residency Selection Committee |
| 2016-2019 | UCSF | Chair, Clinical Competency Committee |
| 2016-2019 | UCSF | Director, Resident Advising program |
| 2016-2018 | UCSF | Instructor, Inquiry Immersion course |
| 2016-2018 | UCSF | Instructor, Bridge Quality Improvement course |
| 2015-2016 | UCSF | Evaluator, San Francisco VA Compensation & Pension |
| 2015-2016 | UCSF | Member, Mortality & Morbidity team |
| 2015-2016 | UCSF | Member, Medical Ethics Committee |
| 2014-2015 | UCSF | Chief Resident, Education |
| 2013-2015 | UCSF | Member, Residency Selection Committee |
| 2012-2015 | UCSF | Member, Cultural Psychiatry Curriculum Committee |

## *Military Activities:*

| | | |
|---|---|---|
| 2019-2022 | 40th Infantry Division CA Army National Guard | Division Psychiatrist (MAJ) |
| 2014-2019 | Joint Force Headquarters CA Army National Guard | Chief, Mental Health Office (MAJ) |
| 2011-2013 | 297th ASMC CA Army National Guard | Psychiatrist (CPT) |
| 2009-2011 | Accession Task Force CA Army National Guard | AMEDD Student Recruiter (2LT, 1LT) |

## PUBLICATIONS

### *Invited book chapters:*

Sheu L and **Matto M**. "Psychiatry." First Aid for the Internal Medicine Boards. 4th Edition. Le, T et. al.: S.l: McGraw-Hill Education, 2017. Pp 493-514

### *Peer-reviewed journal articles:*

**Matto M**, McNiel D, Binder R: A Systematic Approach to the Detection of False PTSD. J Am Acad Psychiatry Law. 2019; 47(3) 325-334

Kim J, **Matto M**, & Kristen E: Safer Housing for Homeless Women Veterans. J Am Acad Psychiatry Law. 2019; 47(3) 299-306

**Matto M**, Rice K, & Chamberlain J. Involuntary Detainment for Mental Health Evaluations. Journal of American Academy of Psychiatry and the Law. 2016; 44(3) 398-400

### *Other articles:*

Shumate C, Polo R, Motley M, **Matto M**, MacIntyre M, & Appel J. Committee Perspectives: Asylum Evaluations. 2023; AAPL Newsletter 48(2) 12,24

Tucker D and **Matto M**. Measuring the Quiet Man: Using Instruments to Estimate Risk of Violence. The Carlat Report, March 2013; 11(13) 1-3

### *Manuscript Reviewer:*

| | |
|---|---|
| 2020-Present | Journal of American Academy of Psychiatry and the Law |
| 2021-Present | Teaching and Learning in Medicine |
| 2022-Present | Academic Psychiatry |

## PROFESSIONAL MEETINGS AND WORKSHOPS

*National conference speaking engagements:*

2024    **"Climate Change and its Implications in Forensic Psychiatrist"**
Chair at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/24/2024)

2023    **"Climate Migration and Forensic Psychiatry"**
Panelist at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/24/2023)

2024    **"Mental Health Considerations for Climate Migrants"**
Presentation at National Consortium of Torture Treatment Programs 16th
Annual Research Symposium (03/18/2024)

2023    **"Balancing Security and Rights in Asylum Evaluations"**
Chair at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/20/2023)

2023    **"Conducting Forensic Asylum Evaluations"**
Panelist at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/20/2023)

2022    **"Trauma in Trans and Gender Diverse Individuals"**
Co-Chair at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/29/2022)

2019    **"Beyond Yountville: Professional Identity Development Amidst
Unexpected Violence"**
Workshop at Association for Academic Psychiatry (AAP) Annual Meeting
(09/06/2019)

2019    **"Managing Criminal Confessions"**
Workshop at American Psychiatric Association (APA) Annual Meeting
(05/22/2019)

2018    **"New Innovations in Forensic Psychiatry Education"**
Panel at American Academy of Psychiatry and the Law (AAPL) Annual
Meeting (10/28/2018)

2016    **"False PTSD:  A New Approach to Detection"**
Research in Progress Presentation at American Academy of Psychiatry
and the Law (AAPL) Annual Meeting (10/20/2016)

2013    **"Up in Smoke:  Legal and Forensic Issues of Medical Marijuana"**
Workshop at American Academy of Psychiatry and the Law (AAPL)
Annual Meeting (10/25/2013)

2013    "**Autism and Learning Interventions:  From Early Days to the Next Frontier"**
Workshop at American Psychiatric Association (APA) Annual Meeting (05/18/2013)

*Posters:*

2018    **"Managing Confessions of a Serial Murderer"**
American Academy of Psychiatry and the Law (AAPL) Annual Meeting (10/28/2018)

2015    **"Alcohol Use Disorder Screening and Management"**
UCSF Psychiatry Quality Improvement Symposium (06/03/2015)

2015    **"Teaching Assimilated Culture to Psychiatry Residents:  Veterans"**
UCSF Education Showcase (03/30/2015)

## PRESENTATIONS

*Medical Audience:*

2024    **"Applying Forensic Psychiatry to Asylum Hearings"**
UCSF Forensic Psychiatry Fellowship (10/28/2024)

2024    **"Trauma in Death Penalty Mitigation"**
UCSF Forensic Psychiatry Fellowship (10/28/2024)

2024    **"Understanding Veteran Culture in Healthcare Context"**
UCSF Department of Internal Medicine (08/07/2024)

2024    **"PTSD: Managing Potential Violence in the Clinical Setting"**
UCSF Department of Psychiatry (07/23/2024)

2024    **"Providing Culturally-Sound Veteran Care"**
UCSF School of Medicine (04/05/2024, 06/14/2024, 07/12/2024, 09/13/2024)

2024    **"Climate Change and Cancer"**
OHSU School of Medicine (02/26/2024, 07/08/2024)

2024    **"Introduction to Legal Issues in Psychiatry"**
UCSF Department of Psychiatry (07/03/2024)

Mikel Matto, MD

| 2024 | **"Violence Risk Management in Clinical Care"**<br>OHSU Department of Psychiatry (06/25/2024) |
|------|---|
| 2024 | **"Veteran Culture"**<br>OHSU Department of Psychiatry (06/25/2024) |
| 2024 | **"Refugee Mental Health"**<br>OHSU Department of Psychiatry (05/21/2024) |
| 2024 | **"Climate Change and Infectious Disease"**<br>OHSU School of Medicine (04/08/2024) |
| 2024 | **"Distinguishing False PTSD"**<br>OHSU Forensic Psychiatry Fellowship (03/01/2024) |
| 2024 | **"Case Study: Unconsciousness Defense"**<br>UCSF Forensic Psychiatry Fellowship (02/14/2024) |
| 2024 | **"Fitness for Duty Evaluations: Physicians, Police, and Pilots"**<br>OHSU Forensic Psychiatry Fellowship (02/09/2024) |
| 2024 | **"Veteran Culture and Mental Healthcare Delivery"**<br>UCSF Department of Psychiatry (01/04/2024) |
| 2023 | **"Providing Culturally-Sound Veteran Care"**<br>UCSF School of Medicine (01/20/2023, 05/26/2023, 06/09/2023, 07/07/2023, 09/27/2023, 11/17/2023, 12/08/2023) |
| 2023 | **"Asylum Evaluations for OHSU Physician for Human Rights"**<br>OHSU School of Medicine (09/07/2023, 12/07/2023) |
| 2023 | **"Climate Change and Infectious Disease"**<br>OHSU School of Medicine (04/07/2023, 11/28/2023) |
| 2023 | **"Psychiatric Asylum Evaluations"**<br>OHSU Forensic Psychiatry Fellowship (11/03/2023) |
| 2023 | **"Understanding Veteran Culture in Healthcare Context"**<br>UCSF Department of Internal Medicine (10/25/2023) |
| 2023 | **"Distinguishing False from Genuine PTSD"**<br>UCSF Forensic Psychiatry Fellowship (09/11/2023) |
| 2023 | **"Applying Forensic Psychiatry to Asylum Hearings"**<br>UCSF Forensic Psychiatry Fellowship (09/11/2023) |
| 2023 | **"Asylum Evaluations for OHSU Physician for Human Rights"**<br>OHSU School of Medicine (09/07/2023, 12/07/2023) |

Mikel Matto, MD

2023        **"Introduction to Legal Issues in Psychiatry"**
            UCSF Department of Psychiatry (08/02/2023)

2023        **"Veteran Culture and Mental Healthcare Delivery"**
            UCSF Department of Psychiatry (07/05/2023)

2023        **"Disaster Psychiatry: Managing the Mental Health
            Effects of Climate Change"**
            UCSF Department of Psychiatry (06/14/2023)

2023        **"Refugee Mental Health"**
            OHSU Department of Psychiatry (05/16/2023)

2023        **"Fitness for Duty Evaluations: Physicians, Police, and Pilots"**
            OHSU Forensic Psychiatry Fellowship (04/21/2023)

2023        **"Distinguishing False PTSD"**
            OHSU Forensic Psychiatry Fellowship (03/17/2023)

2023        **"Healthcare Disparities:  Seeking Asylum"**
            OHSU Department of Psychiatry (04/04/2023)

2023        **"Evidence-Based Violence Risk Reduction"**
            UCSF Department of Psychiatry (01/17/2023)

2022        **"Managing Violence in the Clinical Setting"**
            UCSF Department of Psychiatry (12/20/2022)

2022        **"Climate Change and Infectious Disease"**
            OHSU School of Medicine (11/28/2022)

2022        **"Providing Culturally-Sound Veteran Care"**
            UCSF School of Medicine (01/07/2022, 02/11/2022, 03/06/2022,
            05/06/2022, 06/03/2022, 07/08/2022, 09/30/2022)

2022        **"Climate Change Through the Lens of Disaster Psychiatry"**
            OHSU Psychiatry Grand Rounds (09/20/2022)

2022        **"Assessing for violence using the VRAG and SORAG"**
            UCSF Forensic Psychiatry Fellowship (08/26/2022)

2022        **"Psychiatric Asylum Evaluations"**
            OHSU Forensic Psychiatry Fellowship (08/12/2022)

2022        **"Understanding Veteran Culture in Healthcare Context"**
            UCSF Department of Internal Medicine (07/27/2022)

2022        **"Introduction to Legal Issues in Psychiatry"**
UCSF Department of Psychiatry (07/20/2022)

2022        **"Managing Violence"**
UCSF Department of Psychiatry (07/19/2022)

2022        **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/04/2022, 07/05/2022)

2022        **"Improved Accuracy of Trauma Detection"**
UCSF Department of Psychiatry (06/28/2022)

2022        **"Using the SIRS-2 Instrument"**
UCSF Forensic Psychiatry Fellowship (06/24/2022)

2022        **"Disaster Psychiatry: Workshop on Mitigating the Mental Health Effects of Climate Change"**
UCSF Department of Psychiatry (06/22/2022)

2022        **"Case Study: Unconsciousness Defense"**
UCSF Forensic Psychiatry Fellowship (04/25/2022)

2022        **"Usage of the Istanbul Protocol for Human Rights Violation Evaluations"**
UCSF Forensic Psychiatry Fellowship (02/04/2022)

2022        **"Evidence-Based Violence Risk Reduction"**
UCSF Department of Psychiatry (01/25/2022)

2022        **"Conducting Asylum Evaluations"**
UCSF Forensic Psychiatry Fellowship (01/07/2022)

2021        **"Providing Culturally-Sound Veteran Care"**
UCSF School of Medicine (07/02/2021, 08/06/2021, 10/08/2021, 11/12/2021)

2021        **"Evidence-Based Violence Risk Reduction"**
UCSF Department of Psychiatry (01/05/2021, 07/21/2021)

2021        **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/05/2021, 07/02/2021)

2021        **"Improved Accuracy of PTSD Detection"**
UCSF Department of Psychiatry (06/29/2021)

2021        **"Disaster Psychiatry: Mitigating the Mental Health Effects of Climate Change"**
UCSF Department of Psychiatry (06/10/2021)

| | | |
|---|---|---|
| 2020 | **"Evaluating and Mitigating Risk in Servicemembers"**<br>Madigan Army Medical Center, Clinical Psychology Internship<br>(11/20/2020) | |

2020    **"Evaluating and Mitigating Risk in Servicemembers"**
Madigan Army Medical Center, Clinical Psychology Internship
(11/20/2020)

2020    **"Use of Violence Risk Assessment Instrument (VRAI) for Addressing General and Sexual Violence"**
UCSF Forensic Psychiatry Fellowship (07/31/2020)

2020    **"Evidence-Based Violence Risk Reduction"**
UCSF Forensic Psychiatry Fellowship (07/17/2020)

2020    **"Effects of Violence and PTSD"**
UCSF Department of Psychiatry (07/14/2020)

2020    **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/15/2020, 07/02/2020)

2020    **"Improved Accuracy of PTSD Detection"**
UCSF Department of Psychiatry (05/12/2020)

2020    **"Case Study: Unconsciousness Defense"**
UCSF Forensic Psychiatry Fellowship (04/13/2020)

2020    **"Providing Culturally-Sound Veteran Care"**
UCSF School of Medicine (01/10/2020, 02/14/2020, 03/13/2020,
04/10/2020)

2020    **"Improved Accuracy of PTSD Detection"**
SFVA Psychiatric Nurse Practitioner Residency (04/03/2020)

2020    **"Evidence-Based Violence Risk Reduction"**
UCSF Department of Psychiatry (01/15/2020)

2019    **"Providing Culturally-Sound Veteran Care"**
UCSF School of Medicine (03/22/2019, 05/10/2019, 06/14/2019,
07/02/2019, 09/20/2019, 10/18/2019, 11/15/2019)

2019    **"Effects of Violence and PTSD"**
UCSF Department of Psychiatry (11/12/2019)

2019    **"Managing Violence in the Clinical Setting"**
UCSF Department of Psychiatry (06/11/2019)

2019    **"Evidence-Based Violence Risk Reduction"**
UCSF Department of Psychiatry (04/23/2019)

Mikel Matto, MD

| | | |
|---|---|---|
| 2019 | **"Case Study: Unconsciousness Defense"** UCSF Forensic Psychiatry Fellowship (04/17/2019) | |

2019    **"Case Study: Unconsciousness Defense"**
UCSF Forensic Psychiatry Fellowship (04/17/2019)

2019    **"Forensic Psychiatry:  A Brief Overview"**
UCSF Public Psychiatry Fellowship (01/09/2019)

2019    **"Estimating Risk of Violence"**
UCSF Department of Psychiatry (01/04/2019)

2018    **"Managing Violence"**
UCSF Department of Psychiatry (10/16/2018)

2018    **"Conducting Violent Risk Assessments"**
UCSF Forensic Psychiatry Fellowship (07/12/2018)

2018    **"Psychiatric Emergency Consultations"**
UCSF Department of Psychiatry (07/11/2018)

2018    **"Estimating Risk of Violence"**
UCSF Department of Psychiatry (07/05/2018)

2018    **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/02/2018, 07/02/2018)

2018    **"MedHub Experiences and Learner Assessment"**
UCSF Department of Psychiatry (05/28/2018)

2018    **"The Case of Jared Lee Loughner:  Actions, Legal Culpability, and Lessons in Potential for Future Violence"**
UCSF School of Medicine (01/18/2018)

2018    **"Approaching Cases of the Mentally Ill Individual Involved in the Legal System"**
UCSF School of Medicine (01/17/2018)

2018    **"History of the Insanity of Defense and its Current Use"**
UCSF School of Medicine (01/16/2018)

2018    **"Conducting an Evidence-Based Violence Risk Assessment in the Mentally Ill Patient"**
UCSF School of Medicine (01/09/2018)

2017    **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/04/2017, 07/05/2017)

2017    **"Legal Issues in Psychiatry"**
UCSF Department of Psychiatry (06/28/2017)

Mikel Matto, MD

2017      **"PTSD and Dissociation"**
UCSF Department of Forensic Psychiatry (06/05/2017)

2017      **"Practical Approach to Assessing for Violence Risk"**
UCSF Department of Forensic Psychiatry (03/07/2017)

2017      **"The Case of Jared Lee Loughner:  Actions, Legal Culpability, and Lessons in Potential for Future Violence"**
UCSF School of Medicine (01/18/2017)

2017      **"Approaching Cases of the Mentally Ill Individual Involved in the Legal System"**
UCSF School of Medicine (01/11/2017)

2017      **"Mental Illness as Legal Defense"**
UCSF School of Medicine (01/09/2017)

2017      **"History of the Insanity of Defense and its Current Use"**
UCSF School of Medicine (01/09/2017)

2017      **"Conducting an Evidence-Based Violence Risk Assessment in the Mentally Ill Patient"**
UCSF School of Medicine (01/04/2017)

2017      **"Violence Risk Assessment"**
UCSF School of Medicine (01/04/2017)

2016      **"Introduction to Legal Issues in Psychiatry"**
UCSF Department of Psychiatry (06/29/2016)

2016      **"False Psychopathology"**
San Quentin State Prison, Grand Rounds (06/21/2016)

2016      **"Mental Health and the Justice System"**
UCSF School of Medicine (02/23/2016)

2016      **"False PTSD"**
San Francisco Veterans Affairs (01/07/2016)

2015      **"Veteran and Military Culture"**
UCSF Department of Psychiatry (01/02/2015, 07/02/2015)

2016      **"Fostering Resilience"**
UCSF Department of Psychiatry (06/03/2015)

2014      **"PTSD:  DSM-5 Changes and Evidence-based Treatment Planning"**
San Quentin State Prison, Grand Rounds (08/26/2014)

*Legal Audience:*

2024        **"Emerging Trends in Veteran Mitigation"**
            Advancing Real Change (ARC, Inc) (11/07/2024)

2019        **"Trauma and PTSD for Public Defenders"**
            Contra Costa County Public Defender's Office (02/12/2019)

2018        **"Sexual Assault and Domestic Violence Trauma Training – Training
            for Law Enforcement Officers & Prosecutors"**
            Napa County District Attorney's Office (02/12/2018)

*Military Audience:*

2020        "**Soldier Violence Risk"**
            Army National Guard Behavioral Health Training Event, Virtual
            (09/25/2020)

2020        "**Behavioral Health Issues from COVID Pandemic"**
            Army National Guard Behavioral Health Training Event, Virtual
            (09/24/2020)

2020        "**Psychotropic Medications and Deployability"**
            Army National Guard Behavioral Health Training Event, Virtual
            (09/22/2020)

2020        "**COVID-19 Effects on Mental Health"**
            Army National Guard Behavioral Health National Working Group
            (06/11/2020)

2019        "**Military Combat, Operational, and Disaster Mental Health"**
            Defense Institute for Medical Operations - Nigeria Armed Services and
            Department of Public Health, Abuja, Nigeria (09/04/2019-09/07/2019)

2019        "**Psychotropic Medications and Deployability"**
            Army National Guard Behavioral Health Training Event, San Antonio, TX
            (05/15/2019)

2019        "**Overview of DoD Mental Health Evaluations in the Context of
            Violence Risk"**
            Army National Guard Behavioral Health Training Event, San Antonio, TX
            (05/16/2019)

2017        "**Mental Illness Management: Military Workflow"**
            CA Army National Guard, Behavioral Health Statewide Training
            Conference, San Diego, CA (11/08/2017)

2016        "**Resilience**"
            CA Army National Guard, Behavioral Health Statewide Training
            Conference, San Luis Obispo, CA (11/29/2016)

2016        "**Depression:  Assessment and Management**"
            CA Army National Guard, Behavioral Health Statewide Training
            Conference, San Luis Obispo, CA (11/29/2016)

2015        "**Personality Disorders:  Recognition, Diagnosis, and Management**"
            CA Army National Guard, Behavioral Health Statewide Training
            Conference, Monterey, CA (11/19/2015)

2015        "**PTSD: Developing Interview, Diagnostic, Evaluation, and
            Management Skills**"
            CA Army National Guard, Behavioral Health Statewide Training
            Conference, San Luis Obispo, CA (04/11/2015-04/12/2015)

2014        "**Conducting 5 Axis Mental Health Evaluations with Servicemembers**"
            CA Army National Guard, Behavioral Health Annual Training, San Luis
            Obispo, CA (08/05/2014-08/07/2014)


*Community Audience:*

2019        **"Mindfulness-Based Stress Management Techniques"**
            Skyline Community College (11/14/2019)

2019        **"Stress Management in the Workplace Environment"**
            San Francisco Community College (09/12/2019)

2017        **"Mindfulness-Based Stress Management Techniques"**
            Skyline Community College (11/14/2017)

2017        **"Mindfulness-Based Stress Management Techniques for Trauma"**
            San Francisco Community College (02/09/2017)

2015        **"PTSD:  Recognition and Management in the Workplace"**
            Social Security Administration Manager's Conference (09/03/2015)

Mikel Matto, MD

## PROFESSIONAL ASSOCIATIONS

2008-Present   American Psychiatric Association
2011-Present   American Academy of Psychiatry and the Law
                       Committee for Trauma and Stress (2019-Present)
                           Chair (2023-Present)
                       Committee for Human Rights and National Security (2019-Present)
                           Co-Chair (2023-Present)
2018-2020       American Society of Addiction Medicine

## CLINCIAL INTERESTS

Emergency psychiatry, forensic psychiatry, climate change psychiatry, cross-cultural
psychiatry, asylum and human rights law, substance use disorders, and trauma