SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
MEGAN RACHOW
Nevada Bar No. 8231
PENELOPE BRADY
ANDREW KEENAN
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov
Penelope.Brady@usdoj.gov
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>CORY SPURLOCK,<br><br>              Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**ORDER GRANTING STIPULATION DNA IDENTIFICATION OF J█████ S█████████'S SKELETAL REMAINS**<br><br>Government's Exhibit 1 |

The United States of America, by and through its counsel Megan Rachow, Assistant United States Attorney, and defendant Cory Spurlock, by and through his counsel Christopher Frey, Assistant Federal Public Defender, hereby knowingly and willingly stipulate to the following facts:

On or about March 16, 2021, human skeletal remains were found in the Rye Patch Reservoir State Park near Lovelock, Nevada. Those remains were collected by the Washoe County Sheriff's Office Forensic Science Division and sent to the Washoe

1  County Medical Examiner's Office for autopsy.  At the conclusion of the autopsy, part of

2  the skeletal remains, two bones from the mid-foot, were sent to a DNA laboratory for

3  identification.  The profile developed for those bones matched the DNA profile of J███

4  S██████, identifying the skeletal remains as belonging to J███ S██████.

5      This stipulation is admissible in evidence at trial as Government's Exhibit 1.

6      The parties have agreed to these facts and the admission of evidence and therefore

7  agree these facts and evidence as have been proved beyond a reasonable doubt.

8      DATED: April 2, 2025

SIGAL CHATTAH
United States Attorney

*/s/ Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Christopher Frey*
CHRISTOPHER FREY
Assistant Federal Public Defender

IT IS SO ORDERED

DATED this 3rd day of April 2025.

_____
Miranda M. Du, U.S. District Judge