RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
Chris_Frey@fd.org
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
Kate_Berry@fd.org
ALLIE WILSON
Assistant Federal Public Defender
Allie_Wilson@fd.org
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone

JEREMY BARON
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
jeremy_baron@fd.org

RICHARD G. NOVAK
California State Bar No. 149303
richard@rgnlaw.com
P.O. Box 5549
Berkeley, CA 94705
(626) 808-7908/Phone

Attorneys for CORY SPURLOCK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CORY SPURLOCK,<br><br>    Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**ORDER GRANTING MOTION TO TERMINATE APPOINTMENT OF LEARNED COUNSEL RICHARD G. NOVAK** |

Cory Spurlock, by and through his counsel of record, hereby moves this Court for an order terminating the appointment of Richard G. Novak as Learned Counsel, effective June 30, 2025.

On August 8, 2023, this Court appointed Richard G. Novak, upon application of the Federal Public Defender, to serve as Learned Counsel for Mr. Spurlock in this matter. *See* ECF Nos. 68, 69. On July 31, 2024, the United States filed its Notice of Intent Not to Seek the Death Penalty against Mr. Spurlock. ECF No. 138. On August 14, 2025, counsel for Mr. Spurlock filed a Motion to Withdraw/Terminate Appointment of Learned Counsel, Richard G. Novak. ECF No. 145. The motion was granted on August 15, 2024. ECF No. 148.

After issuance of the United States Attorney General's Memorandum *Reviving the Federal Death Penalty and Lifting the Moratorium on Federal Executions*, the Federal Public Defender Office filed a Motion to Reappoint Learned Counsel on February 7, 2025. ECF No. 190. On February 10, 2025, the Court granted the motion and Mr. Novak was re-appointed to this case to serve as Learned Counsel. ECF No. 192.

On April 10, 2025, the United States filed a Notice of Intent to Seek the Death Penalty. ECF No. 365. Following briefing on the defense's Motion to Strike, on May 9, 2025, the Court entered an Order striking the government's Notice of Intent to Seek the Death Penalty. ECF No. 419. On May 12, 2025, the government filed a notice appealing the Order granting the defendant's motion to strike. ECF No. 420.

On June 10, 2025, the United States filed an unopposed motion to dismiss its appeal (Case: 25-3040, ECF 12.1). The Ninth Circuit Court of Appeals granted the motion and dismissed the appeal on June 11, 2025 (Case: 25-3040, ECF 13.1). ECF No. 450.

The United States may not seek the death penalty in this matter if Mr. Spurlock is convicted of an offense statutorily punishable by death.

A non-capital trial in this matter is presently scheduled to begin on August 18, 2025, with jury selection to commence on August 5, 2025. Mr. Spurlock will be represented at trial

by Assistant Federal Public Defenders Christopher P. Frey, Kate Berry, Allie Wilson, Jeremy Baron, and JoNell Thomas. Counsel all agree that Mr. Novak's continued service as Learned Counsel for Mr. Spurlock in this non-capital matter is not necessary to ensure effective representation and consent to terminating his appointment as Learned Counsel.

Dated this June 26, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Christopher P. Frey*
Christopher P. Frey
Assistant Federal Public Defender

*/s/ Kate Berry*
Kate Berry
Assistant Federal Public Defender

*/s/ Allie Wilson*
Allie Wilson
Assistant Federal Public Defender

*/s/ Jeremy Baron*
Jeremy Baron
Assistant Federal Public Defender

*/s/ Richard G. Novak*
Richard G. Novak
CJA Learned Counsel

**IT IS SO ORDERED:**

**MIRANDA M. DU**
**U.S. DISTRICT JUDGE**

**DATED:**
June 26, 2025

3