**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY SPURLOCK,<br><br>Defendant. | Case No. 3:23-CR-00022-MMD-CLB<br><br>**ORDER GRANTING MOTION TO MODIFY PROTECTIVE ORDERS**<br><br>[ECF No. 534] |

Pending before the Court is Defendant Cory Spurlock's ("Spurlock") motion to modify protective orders. (ECF No. 534.) Spurlock seeks to dissolve the protective orders previously entered at ECF Nos. 81, 82, 106, and 314. (*Id.* at 2.) The Government had until July 30, 2025 to file a response to the motion but as of the date of this Order, failed to do so. Pursuant to Local Criminal Rule 47-3, failure to file a "response to any motion constitutes a consent to granting the motion." Accordingly, the Court **GRANTS** Spurlock's motion, (ECF No. 534), and **DISSOLVES** the previously entered protective orders at ECF Nos. 81, 82, 106, and 314.

**IT IS SO ORDERED.**

**DATED**: July 31, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**