SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
MEGAN RACHOW
Nevada Bar No. 8231
PENELOPE J. BRADY
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Megan.Rachow@usdoj.gov
Penelope.Brady@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00022-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION DNA IDENTIFICATION AT 27 RED ROCK** |
| CORY SPURLOCK, | |
| Defendant. | |

The United States of America, by and through its counsel, Megan Rachow, Assistant United States Attorney, and defendant Cory Spurlock, by and through his counsel Christopher Frey, Assistant Federal Public Defender, hereby knowingly and willingly stipulate to the following facts:

The DNA of Cory Spurlock and the DNA of Orit Oged was found to be present at 27 Red Rock in Mound House, Nevada.

This stipulation is admissible in evidence at trial as Government's Exhibit 105.

1  The parties have agreed to these facts and the admission of evidence and therefore agree
2  these facts and evidence as have been proved beyond a reasonable doubt.
3  **DATED:** this 4th day of September, 2025

SIGAL CHATTAH
Acting United States Attorney

　　/s/ *Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

　　/s/ *Christopher Frey*
CHRISTOPHER FREY
Assistant Federal Public Defender

IT IS SO ORDERED.

Dated this 4th day of September 2025.

_____
Hon. Miranda M. Du
United States District Judge

2