# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00022-MMD-CLB |
| Plaintiff, | |
| v. | **Order Granting Motion to Dismiss Count Two of the Indictment Without Prejudice** |
| CORY SPURLOCK, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice Count Two of the Indictment against Defendant, Cory Spurlock.

SUE FAHAMI
Executive Assistant United States Attorney

*/s/ Penelope J. Brady*
PENELOPE J. BRADY
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this <u>16th</u> day of October, 2025.

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE