TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
PENELOPE BRADY
ANDREW KEENAN
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Penelope.Brady@usdoj.gov
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>CORY SPURLOCK,<br><br>                    Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**STIPULATION FOR RETURN OF DEFENDANT'S PROPERTY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, through Penelope Brady, Assistant United States Attorney, representing the United States of America, and Chris Frey, Assistant Federal Public Defender, representing Defendant Cory Spurlock, that the government will make available the property identified in Spurlock's motion, ECF No. 535, to a relative identified by the defendant.[1] Through conversations between counsel for the government and defendant, the

---

[1] The name and personal identifying information of that relative ("third party relative") was provided to the government on January 21, 2026. For the return of the firearms and

unspecified items to be made available have been further particularized by counsel for the defendant so that the government can produce those items.  Therefore, defendant's motion, ECF No. 535, is resolved without court intervention.

DATED this 27th day of January, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

By: /s/ Penelope Brady
    PENELOPE BRADY
    Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

By: /s/ Chris Frey
    CHRIS FREY
    Assistant Federal Public Defender

---

ammunition, which have been more particularly described by location of their recovery through Spurlock's counsel since the filing of Spurlock's Motion, federal law enforcement must conduct a background check of the third party relative before those items can be released to that third party relative. In addition, federal law enforcement must verify that the property's transport across state lines is permissible by law. Under no circumstances may the firearms and ammunition be released to Spurlock.

For the electronics, those that have been identified by federal law enforcement as belonging to Spurlock will be returned to the third party relative upon execution of a chain-of-custody waiver.

The items recovered from the home of S.S., another relative of C.S., will be returned to the third party relative in their entirety.

2