Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
*Aarin E. Kevorkian
Assistant Federal Public Defender
Nevada State Bar No. 14556
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jeremy_Baron@fd.org
Aarin_Kevorkian@fd.org

*Attorneys for Petitioner Cory Spurlock

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Cory Spurlock,<br><br>Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**Order Granting Unopposed Motion for Copy of Sealed Docket Entries** |

Defendant Cory Spurlock moves this Court for copies of documents filed under seal with this Court that are necessary for undersigned counsel to fully review Mr. Spurlock's record for his current appeal to the Ninth Circuit. *United States v. Cory Spurlock*, No. 26-689 (9th Cir.).

To allow undersigned counsel to identify any sealed docket entries that may be necessary to review in this matter, this Court previously granted Mr. Spurlock's unopposed request for a copy of the nonpublic docket sheet. ECF Nos. 766, 768. To conduct a thorough review of the record and provide effective assistance of appellate

counsel to Mr. Spurlock, undersigned counsel requests the Court order the Clerk's office to provide copies of the following sealed documents to undersigned counsel and counsel for the government: ECF Nos. 79, 102, 105, 181, 182, 261, 265, 344, 403, 603, 623, 697, 706, 712, and 713.

Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Adam Flake, and the government does not oppose this motion.

Dated: September 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

*/s/ Aarin E. Kevorkian*
Aarin E. Kevorkian
Assistant Federal Public Defender

IT IS SO ORDERED

DATED this 25th day of September, 2026.

Miranda M. Du, U.S. District Judge